FILED

JAN 06 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SHANNON STARK, SHILOH STARK, JAMES B. MITCHELL
IN THEIR INDIVIDUAL STATUS                                    PLAINTIFFS

v.                    NO. 1:19-CV-041-LY

JOHNATHAN KOHRS dba
REALSTATE INVESTMENTS, LLC
and JSS ENTERPRISES, LLC                                      DEFENDANTS

## MOTION TO AMEND PURSUANT TO FRCP RULE 15(a)

On December 23, 2019, Magistrate Austin issued an order admonishing the Plaintiffs they must have an attorney to represent Obsidian Properties and Management, LLC as individual lay persons can only represent themselves. To resolve this problem, Plaintiffs seek to amend this civil action by dismissing Obsidian Properties and Management, LLC which was dissolved several years ago when Plaintiffs failed to pay the annual fee registered in Wyoming.

Thus Plaintiffs further seek to amend by proceeding only in their individual capacities and with adding James B. Mitchell also only in his individual capacity. Mitchell is not a licensed attorney but also a lay person assisting Plaintiffs Shannon and Shiloh Stark and all three have a financial interest in the outcome of the lawsuit. Futhermore Plaintiffs are without funds to retain a licensed attorney to represent Obsidian Properties and Management, LLC.

Should the court, however, deny the Plaintiffs Motion to Amend, then they request an additional (60) days to the current due date of January 22, 2020 to locate and attorney willing to represent Obsidian Properties and Management LLC on a contingency basis or alternatively appoint counsel.

Respectfully submitted on this 31st day of December, 2019.

SHILOH STARK

_____
Plaintiff in pro se

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed the foregoing Motion to Amend to the court for filing on this 31st day of December, 2019, and that upon filing the clerk will electronically submit a filed copy to counsel for the Defendants via CM/ECF.

SHILOH STARK, Plaintiff

*/s/ Shiloh Stark*

Shiloh Stark #34070-177
PO Box 9000 - RDAP #54
FCI Seagoville
Seagoville, Texas 75159-9000

No. 1:19-CV-041-LY

Clerk,

Please file the enclosed and return the other extra copy to me in the SASE attached stamp filed

Thankyou

Shiloh Stark #34050-01
P.O. Box 9000
F.C.I Seagoville
Seagoville, Texas 75159-9000

